# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C06-0075-MWB |
| vs. | **ORDER** |
| ARTHUR VESEY, | |
| Defendant. | |

_____

This matter comes before the court pursuant to defendant Authur Vesey's *pro se* Motion To Reconsider, Alter or Amend Judgment (docket no. 15).

This court may alter or amend a judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure for "manifest" errors of law or fact, *see, e.g., United States v. Metropolitan St. Louis Sewer Dist.*, 440 F.3d 930, 934 (8th Cir. 2006), but the court finds that none of the alleged errors that Vesey asserts warrant reversal of the court's order denying in its entirety Vesey's Motion to Vacate, Set Aside, Or Correct Sentence Pursuant To § 2255.

THEREFORE, Vesey's Motion To Reconsider, Alter or Amend Judgement (docket no. 15) is **denied** in its entirety.

**IT IS SO ORDERED.**

**DATED** this 11th day of September, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA